773 S.E.2d 579

In re ESTATE OF ATN BURNS LIVINGSTON, Emma Lou Livingston Martin as Personal Representative of the Estate of Atn Burns Livingston and Emma Lou Livingston Martin, Respondents,

v.

Clyde B. LIVINGSTON, Miller Communications, Inc., Citibank South Dakota, N.A., Branch Banking and Trust Company of South Carolina, and American First Federal, Inc., Defendants,

Of whom Clyde B. Livingston is, Petitioner.

Appellate Case No. 2013–001505.
No. 27527.

Supreme Court of South Carolina.

Heard May 5, 2015.
Decided June 10, 2015.

Andrew Sims Radeker, of Harrison & Radeker, P.A., of Columbia, for petitioner.

Richard B. Ness and Alison Dennis Hood, of Ness & Jett, LLC, of Bamberg, for respondents.

PER CURIAM.

We granted certiorari to review the court of appeals' decision in *Estate of Livingston v. Livingston*, 404 S.C. 137, 744 S.E.2d 203 (Ct.App.2013). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**